C

# JERNIGAN COPELAND & ANDERSON, PLLC

Arthur F. Jernigan, Jr.!
Samuel L. Anderson
Monte L. Barton, Jr.
Clyde X. Copeland, III*!
John S. Graham
Matthew W. Vanderloo
Adam R. deNobriga**

Attorneys at Law

587 Highland Colony Parkway
Post Office Box 3380
Ridgeland, Mississippi 39158-3380

January 4, 2012

Telephone
601-427-0048

Facsimile
601-427-0051

E-Mail
adenobrig@jcalawfirm.com

! Trained Mediator
* Also Admitted in Alabama
** Also Admitted in Tennessee

**Via Federal Express**

MacArthur Straughter, Mayor
Yazoo City
128 Jefferson Street
Yazoo City, Mississippi 39194

Ms. Lisa Jackson, Administrator
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Mississippi Department of Environmental
Quality, Legal Division
515 East Amite
Jackson, Mississippi 39201

W.N. Nelson, Jr., DDS, Chairman
Public Service Commission of Yazoo City
20 South Mound Street
Yazoo City, Mississippi 39194

RE: Henry Harris, Jr., et al v. Yazoo City, Mississippi;
HJG No. 311399

Lady and Gentleman:

Please take notice that this firm represents Mr. Joe Smith in his complaint against the City of Yazoo City, Mississippi, for its failure to maintain the sanitary sewer system along the public roads and ways within the block bound by Rudy Shields Circle, Barksdale Street and Custer Street in Yazoo City, Mississippi ("Rudy Shields Neighborhood").

As a result of the City's failure to maintain these publicly dedicated and accepted utilities, and, more specifically, sewer lines, raw sewage has leaked into the ground, ground water, and surface waters, migrating not only into the drainage canal that flows into the Yazoo River, but also adversely affecting the quality of drinking water for those citizens living in and around Rudy Shields Neighborhood.

The details of the exact problems are contained in the report of AquaTerra Engineering, dated November 28, 2005, a copy of which is enclosed for your review. My client, Mr. Joe Smith, first received a copy of this report on November 21, 2011. Mr. Smith's receipt of this report was his first notice of the City's failure to maintain its sewer line being the cause of a number of problems associated with his property. The

EXHIBIT
C

MacArthur Straughter, Mayor
City of Yazoo City

---

Ms. Lisa Jackson, Administrator
Environmental Protection Agency

---

Mississippi Department of Environmental Quality
Legal Division

---

W.N. Nelson, Jr., DDS, Chairman
Public Service Commission of Yazoo City

---

Wednesday, January 04, 2012
P a g e | 2


problems addressed by this report have not improved, and have, in fact, worsened since its publication.

You are being placed on notice that Mr. Smith intends upon filing a citizen suit against the City of Yazoo City, Mississippi, for its violation of The Clean Water Act, 33 U.S.C.A. §1365, and The Safe Drinking Water Act, 32 U.S.C.A. §300J-8. Please accept this as notice as required by 33 U.S.C.A. §1365(b)(1)(A) and 42 U.S.C.A. §300-J(8)(b)(1)(A).

You are being placed on notice that these persons intend upon filing suit against the City of Yazoo City, seeking all measure of damages awardable to them, both at common law and under the referenced statutes, including civil penalties, litigation costs, and attorneys' fees, as awardable.

Once you have received the above and enclosed, should you have any questions concerning this matter, please do not hesitate to contact us.

With my best personal regards to you, I remain

Very truly yours,

HARRIS JERNIGAN & GENO

Adam R. deNobriga

ARD/td
Enclosure ~Coleman Report

cc: Clyde X. Copeland, III, Esq.